```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 05583
   CHARLES MITCHELL
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-3031


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 03/10/2008 and was not confirmed.

     The case was dismissed without confirmation 05/01/2008.
-----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                           PAID         PAID
-----------------------------------------------------------------------
SANTANDER CONSUMER USA   SECURED NOT I    1704.57           .00          .00
CAPITAL ONE              UNSECURED        3873.09           .00          .00
SAXON MORTGAGE SERVICES  CURRENT MORTG        .00           .00          .00
SAXON MORTGAGE SERVICES  SECURED NOT I   34932.71           .00          .00
PRO SE DEBTOR            DEBTOR ATTY         .00                         .00
TOM VAUGHN               TRUSTEE                                         .00
DEBTOR REFUND            REFUND                                          .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                       --------------          --------------
TOTALS                       .00                   .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 08/26/08           _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```